

COPY

### IN THE CIRCUIT COURT FOR BREVARD COUNTY, FLORIDA
### PROBATE DIVISION

IN RE:                              )
ESTATE OF CHRISTOPHER ADAMS  )
                                    )      File No.: 05-1996-CP-013469
    Deceased.                       )
                                    )      Division_____
_____)

## LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN:

WHEREAS, Christopher Adams a resident of Brevard County died on June 25, 1996, and

WHEREAS, Catherine Adams has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare Catherine Adams duly qualified under the laws of the State of Florida to act as personal representative of the estate of Christopher Adams, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on _____ 2003.

_____
Circuit Judge

ORIGINAL SIGNED ON
OCT 14 2003
by KERRY I. EVANDER
CIRCUIT COURT JUDGE



IN THE CIRCUIT COURT FOR BREVARD COUNTY, FLORIDA
PROBATE DIVISION

IN RE: )
ESTATE OF EARL CARTRETTE, JR. )
) File No.: 05-2003-CP-043619 XXXX-XX
Deceased. )
_____)

## LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN:

WHEREAS, Earl Cartrette, Jr., a resident of Brevard County died on June 25, 1996, and

WHEREAS, Denise M. Eichstaedt has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare Denise M. Eichstaedt duly qualified under the laws of the State of Florida to act as personal representative of the estate of Earl Cartrette, Jr., deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on _____ 2003.

_____
Circuit Judge

ORIGINAL SIGNED ON
AUG 2 5 2003
by KERRY I. EVANDER
CIRCUIT COURT JUDGE

| STATE OF WISCONSIN, CIRCUIT COURT, MILWAUKEE COUNTY | | For Official Use |
|---|---|---|
| IN THE MATTER OF THE ESTATE OF<br>PATRICK P. FENNIG | **Letters of Special Administration**<br><br>Case No. 03PR01113 | |

**FILED**
**JUN 4 2003**
**CIRCUIT COURT MILWAUKEE COUNTY**

To: THADDEUS and CATHERINE FENNIG
5236 Lynn Road
Greendale, WI 53129

The decedent, whose date of birth was April 17, 1962 and date of death was June 25, 1996, died domiciled in Milwaukee County, State of Wisconsin.

You are granted letters of special administration, with the following powers:

☐ all the general powers, duties and liabilities as personal representative
  ☐ except: _____

☒ only these specific powers: To pursue a wrongful death and survival claim, including litigation, arising from a terrorist attack which occurred in Dhahran, Saudi Arabia, all on behalf of the decedent.

BY THE COURT:

_(signature)_
~~Circuit Court Judge~~/Court Commissioner
Rosemary Thornton

JUN 4 2003   Name Printed or Typed
Date

(Seal — Circuit Court Milwaukee Co. Wisconsin)

| Name of Attorney |
|---|
| Address |
| Telephone Number |

STATE OF WISCONSIN
COUNTY OF MILWAUKEE
I certify that this is a true and correct copy of a document in the possession of the Register in Probate for Milwaukee County and Letters are in full force and effect
THIS CERTIFICATE IS NOT VALID UNLESS COURT SEAL IS EMBOSSED HEREON
Date: JUN 4 2003   _(signature)_ Robert P. Krupp
Robert P. Krupp
Register in Probate

PR-1853, 10/00 Letters of Special Administration §§ 856.17, 879.57, Wisconsin Statutes
This form shall not be modified. It may be supplemented with additional material.

STAMPED COPY BY COURT CLERK

# IN THE CIRCUIT COURT FOR BREVARD COUNTY, FLORIDA
## PROBATE DIVISION

IN RE: )
ESTATE OF LELAND TIMOTHY HAUN, )
) File No.: 05-2003-CP-043617
Deceased. )
_____)

## LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN:

WHEREAS, Leland Timothy Haun, a resident of Brevard County died on June 25, 1996, and

WHEREAS, Ibis S. Haun has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare Ibis S. Haun duly qualified under the laws of the State of Florida to act as personal representative of the estate of Leland Timothy Haun, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on _____ 2003.

_____
Circuit Judge

ORIGINAL SIGNED SEP 4 2003 by KERRY L. EVANDER CIRCUIT COURT

COPY TO BE STAMPED
BY COURT CLERK

IN THE CIRCUIT COURT FOR FLAGLER COUNTY, FLORIDA
PROBATE DIVISION

IN RE: )
ESTATE OF MICHAEL GEORGE HEISER, )
 ) File No.: 96-163CP
Deceased. )
 )
_____ )

## LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN:

WHEREAS, Michael George Heiser, a resident of Flagler County died on June 25, 1996, and

WHEREAS, Gary G. Heiser has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare Gary G. Heiser duly qualified under the laws of the State of Florida to act as personal representative of the estate of Michael George Heiser, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on Sept 15 2003.

_____
Circuit Judge

IN THE CIRCUIT COURT FOR BREVARD COUNTY, FLORIDA
PROBATE DIVISION

IN RE: )
ESTATE OF KEVIN J. JOHNSON, )
) File No.: 2002CP31205
Deceased. )
_____ )

## LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN:

WHEREAS, Kevin J. Johnson, a resident of Brevard County died on June 25, 1996, and

WHEREAS, Shyrl L. Johnson has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare Shyrl L. Johnson duly qualified under the laws of the State of Florida to act as personal representative of the estate of Kevin J. Johnson, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on _____ 2003.

_____
Circuit Judge

*[Stamp: ORIGINAL SIGNED ON JUL 16 2003 by KERRY I. EVANDER CIRCUIT COURT JUDGE]*

# COUNTY CLERK'S CERTIFICATE OF APPOINTMENT AND QUALIFICATION

## STATE OF WEST VIRGINIA
## WYOMING COUNTY, SS:

I, D. Michael Goode, Clerk of the County Court of said County, do certify that on the 8th day of November 1996, Cecil H Lester was duly appointed and qualified as Administrator of the Personal Estate of Christopher Burns Lester, deceased, and **he** having first given security in the penal sum of three **thousand dollars ($3,000.00)** well and truly to administer the same.

IN TESTIMONY WHEREOF, I have hereto set my hand and affixed the seal of said Court, at Pineville, WV, this 10th day of October 2002

D. Michael Goode, Clerk

By _Pam Sawyers_ Deputy

MCLE P—225

Cambridge Star  11/6/03, 11/13/03                                    4 Clippings

Minnesota Continuing Legal Education © 1994    Minn. Stat. 524.3-403; 524.3-502; 524.3-801    MCLE P—225

STATE OF MINNESOTA                                                    DISTRICT COURT
                                                                      PROBATE DIVISION
COUNTY OF ___Isanti___                      ___Tenth___ JUDICIAL DISTRICT

                                             Court File No. __P6-03-1215__

Estate of

                                             NOTICE AND ORDER OF HEARING ON
                                             PETITION FOR FORMAL ADJUDICATION
                                             OF INTESTACY, DETERMINATION OF
                                             HEIRSHIP, APPOINTMENT OF
Brent E. Marthaler                           PERSONAL REPRESENTATIVE AND
         Decedent                            NOTICE TO CREDITORS

It is Ordered and Notice is given that on __Tuesday, December 9, 2003__, at __9:00__ (a.m.)(p.m.), a hearing will be held in this Court at __Isanti County Government Center, 555 18th Ave. SW, Cambridge__, Minnesota, for the adjudication of intestacy and determination of heirship of the Decedent, and for the appointment of __Katie Lee Marthaler__, whose address is __550 Tealwood Lane, St. Michael, MN 55367__ as personal representative of the Estate of the Decedent in ☒ an UNSUPERVISED ☐ a SUPERVISED administration. Any objection to the Petition must be filed with the Court prior to or at the hearing. If proper and if no objections are filed, the personal representative will be appointed with full power to administer the Estate, including the power to collect all assets, pay all legal debts, claims, taxes, and expenses, and sell real and personal property, and do all necessary acts for the Estate.

Notice is also given that (subject to Minn. Stat. 524.3-801) all creditors having claims against the Estate are required to present the claims to the personal representative or to the Court Administrator within four months after the date of this Notice or the claims will be barred.

(COURT SEAL)

The Honorable R. Joseph Quinn
Chief Judge, Tenth Judicial District
Judge                    October 24, 2003    Date
Susan A. LaBore          October 24, 2003
Court Administrator                          Date
By: _Kim Lauseng_
    Kim Lauseng, Deputy

Attorney for Personal Representative
Name:   Marilyn Pearson
Firm:   Piper Rudnick
Street: 1380 Corporate Center Curve, Suite 325
City, State, ZIP: Eagan, MN 55121-1200
Attorney License No.: 0084761
Telephone: 651-454-0966  FAX: 651-454-0969

NOTE: If notice to creditors has been previously given, delete the notice to creditors.
NOTE TO PUBLISHER: Do not publish text that is unchecked and text of Notes.

Notice and Order of Hearing
on Petition for Formal Adjudication of Intestacy,
Determination of Heirship, Appointment
of Personal Representative and Notice to Creditors

Minn. Stat. 524.3-403; 524.3-502; 524.3-801        MCLE P—225

1/9

IN THE CIRCUIT COURT FOR VOLUSIA COUNTY, FLORIDA
PROBATE DIVISION

IN RE:                                      )
ESTATE OF BRIAN MCVEIGH,                    )
                                            )   File No.: 2003-11518-PRDL
       Deceased.                            )   Division: 10
                                            )
_____ )

## LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN:

WHEREAS, Brian McVeigh, a resident of Volusia County died on June 25, 1996, and

WHEREAS, Sandra M. Wetmore has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare Sandra M. Wetmore duly qualified under the laws of the State of Florida to act as personal representative of the estate of Brian McVeigh, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on ___July 9___ 2003.

/s/ **C. McFerrin Smith, III**
Circuit Judge

~WASH1:3859584.v1

The State of New Hampshire
Rockingham Probate Court
P. O. Box 789
Kingston, NH 03848
603 642-7117

IN RE: Estate of Peter J. Morgera

DOCKET NUMBER: 2003-0765

## CERTIFICATE OF APPOINTMENT
(Letter of Appointment)

On October 21, 2003, Michael Morgera of 52 Sandy Point Road Center Barnstead, NH 03225, Tel: (603)269-4662, was appointed to administer the estate of Peter J. Morgera and accepted this responsibility. This appointment remains in effect as per the records of this court, as of the date stated below.

This document, when signed below under seal, certifies that this appointment did occur as stated above.

Date:   October 23, 2003

Irene Angela Ray
Deputy Register of Probate

NOT VALID WITHOUT
PROBATE COURT SEAL.

AOC Form PRP080 (Rev 07/18/2001)

IN THE CIRCUIT COURT FOR __OKALOOSA__ COUNTY, FLORIDA

IN RE: ESTATE OF  
THANH VAN NGUYEN a/k/a "GUS"

PROBATE DIVISION

File Number __96-468-CP__

Division _____

Deceased.

### LETTERS OF ADMINISTRATION
(single personal representative)

TO ALL WHOM IT MAY CONCERN

WHEREAS, __THANH VAN NGUYEN a/k/a "GUS"__, a resident of __OKALOOSA COUNTY, FLORIDA__ died on __JUNE 25__, 19__96__, owning assets in the State of Florida, and WHEREAS, __CHRISTOPHER NGUYEN__ has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare __CHRISTOPHER NGUYEN__ duly qualified under the laws of the State of Florida to act as personal representative of the estate of __THANH VAN NGUYEN a/k/a "GUS"__, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on __2-24-2003__

CERTIFIED A TRUE  
AND CORRECT COPY  
CLERK CIRCUIT COURT  
NEWMAN C. BRACKIN  
BY __Renee Adams__  
DEPUTY CLERK  
DATE __2-24-03__

_____  
Circuit Judge

Bar Form No. P-3.0700  
© Florida Lawyers Support Services, Inc.

## IN THE CIRCUIT COURT FOR OKALOOSA COUNTY, FLORIDA
## PROBATE DIVISION

IN RE:                                    )
ESTATE OF JOSEPH E. RIMKUS,               )
                                          )    File No.: 2003-CP-000653
    Deceased.                             )
                                          )
_____)

### LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN

WHEREAS, Joseph E. Rimkus a resident of Okaloosa County died on June 25, 1996, and

WHEREAS, Bridget Brooks has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare Bridget Brooks duly qualified under the laws of the State of Florida to act as personal representative of the estate of Joseph E. Rimkus, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on ____6-25____ 2003.

*JACK HEFLIN*
Circuit Judge

~WASH1:3817474.v1

STATE OF KANSAS                                    DISTRICT COURT
COUNTY OF BUTLER                           THIRTEENTH JUDICIAL DISTRICT

IN RE:                              )
ESTATE OF JEREMY A. TAYLOR          )
                                    )          File No.: 03PR84
                                    )
                                    )
                                    )
                                    )
Deceased.                           )

## LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN:

WHEREAS, Jeremy A. Taylor a resident of Butler County died on June 25, 1996, and

WHEREAS, Lawrence E. and Vickie L. Taylor have been appointed personal representatives of the estate of the decedent and have performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned District Court Judge, declare Lawrence E. and Vickie L. Taylor duly qualified under the laws of the State of Kansas to act as personal representatives of the estate of Jeremy A. Taylor, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on  9/12  2003.

_____
s/CHAS. M. HART
District Court Judge



Certificate of Clerk of the District Court. The above is a true and correct copy of the original instrument filed on the 16th day of September, 20 03 and recorded in this court of the Thirteenth Judicial District, Butler County, Kansas.
Done this 16th day of September, 20 03.

MARTHA MORROW
_____ Clerk
By  Pat Bailey
_____, Deputy

DE-150

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, state bar number, and address): | TELEPHONE AND FAX NOS.: | FOR COURT USE ONLY |
|---|---|---|
| Hank Bond Walther, by Bridget Fitzgerald (Bar No. 212525)<br>Piper Rudnick LLP<br>1200 Nineteenth Street, N.W.<br>Washington, D.C. 20036 | (202) 861-3900 – phone<br>(202) 223-2085 – fax | FILED<br>03 JUL 21 PM 1:49<br>CLERK OF THE SUPERIOR COURT<br>COUNTY OF STANISLAUS<br>BY _____ Yukari Williams DEPUTY |

ATTORNEY FOR (Name):

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Stanislaus
STREET ADDRESS: 1100 I Street
MAILING ADDRESS: P.O. Box 1098
CITY AND ZIP CODE: Modesto, CA 95353
BRANCH NAME: Civil, Probate, Family Law & IV-D

ESTATE OF (Name): Justin R. Wood
DECEDENT

LETTERS
☐ TESTAMENTARY      ☒ OF ADMINISTRATION
☐ OF ADMINISTRATION WITH WILL ANNEXED  ☐ SPECIAL ADMINISTRATION

CASE NUMBER: 334534

### LETTERS

1. ☐ The last will of the decedent named above having been proved, the court appoints (name):

   a. ☐ executor.
   b. ☐ administrator with will annexed.

2. ☒ The court appoints (name): Richard W. Wood

   a. ☒ administrator of the decedent's estate.
   b. ☐ special administrator of decedent's estate
      (1) ☐ with the special powers specified in the Order for Probate.
      (2) ☐ with the powers of a general administrator.
      (3) ☐ letters will expire on (date):

3. ☒ The personal representative is authorized to administer the estate under the Independent Administration of Estates Act  ☒ with full authority
   ☐ with limited authority (no authority, without court supervision, to (1) sell or exchange real property or (2) grant an option to purchase real property or (3) borrow money with the loan secured by an encumbrance upon real property).

4. ☐ The personal representative is not authorized to take possession of money or any other property without a specific court order.

WITNESS, clerk of the court, with seal of the court affixed.

(SEAL)     Date: JUL 21 2003
           Clerk, by
           Yukari Williams
           (DEPUTY)

### AFFIRMATION

1. ☐ PUBLIC ADMINISTRATOR: No affirmation required (Prob. Code, § 7621(c)).

2. ☒ INDIVIDUAL: **I solemnly affirm** that I will perform the duties of personal representative according to law.

3. ☐ INSTITUTIONAL FIDUCIARY (name):

   **I solemnly affirm** that the institution will perform the duties of personal representative according to law. I make this affirmation for myself as an individual and on behalf of the institution as an officer.
   (Name and title):

4. Executed on (date): 6/3/03
   at (place): Modesto , California.

   ▶ Richard W Wood
   (SIGNATURE)

### CERTIFICATION

I certify that this document is a correct copy of the original on file in my office and the letters issued by the personal representative appointed above have not been revoked, annulled, or set aside, and are still in full force and effect.

(SEAL)     Date:
           Clerk, by
           _____
           (DEPUTY)

Form Approved by the Judicial Council of California
DE-150 [Rev. January 1, 1998]
Mandatory Form [1/1/2000]

**LETTERS (Probate)**

WEST GROUP Official Publisher

Probate Code, §§ 1001, 8403, 8405, 8544, 8545;
Code of Civil Procedure, § 2015.6

IN THE CIRCUIT COURT FOR OKALOOSA COUNTY, FLORIDA
PROBATE DIVISION

IN RE:  )
ESTATE OF JOSHUA E. WOODY,  )
 )   File No.: 03-CP-664
Deceased.  )
_____  )

## LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN:

WHEREAS, Joshua E. Woody, a resident of Okaloosa County died on June 25, 1996, and

WHEREAS, Dawn Woody has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare Dawn Woody duly qualified under the laws of the State of Florida to act as personal representatives of the estate of Joshua E. Woody, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on __9-4-__ 200_3_.

_____
Circuit Judge