UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF MICHAEL HEISER, et al.,<br><br>  Plaintiffs,<br><br>    v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>  Defendants. | Civil Action No. 00-02329<br>TPJ/DAR |
| ESTATE OF MILLARD D. CAMPBELL, et al.,<br><br>  Plaintiffs,<br><br>    v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>  Defendants. | Civil Action No. 01-02104<br>TPJ/DAR |

## ORDER

Plaintiffs' Motion to Permit Recall of Patrick L. Clawson as a Witness (Docket No. 45, part one) is pending for determination by the undersigned. The undersigned makes no finding with respect to any of the assertions included in the motion; however, in an exercise of the Court's discretion, Plaintiff's motion will be granted.

It is

**SO ORDERED.**

January 29, 2004                                                    DEBORAH A. ROBINSON
                                                                                 United States Magistrate Judge