THE UNITED STATES DISTRICT COURT
FOR THIS DISTRICT OF COLUMBIA

| | |
|---|---|
| ESTATE OF MICHAEL HEISER, et al.<br>Plaintiffs<br>v.<br>ISLAMIC REPUBLIC OF IRAN, et al.<br>Defendants | Case No.<br><br>00-CV-02329 (RCL)<br><br>**Consolidated With** |
| ESTATE OF MILLARD D. CAMPBELL, et al.<br>Plaintiffs<br>v.<br>ISLAMIC REPUBLIC OF IRAN, et al.<br>Defendants | Case No.<br><br>01-CV-02104 (RCL) |

**ORDER OF REVIVAL**
**OF JUDGMENT ENTERED SEPTEMBER 30, 2009**

Upon consideration of Plaintiffs' Motion to Revive Judgment Entered September 30, 2009 (the "Motion"), it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the Order & Judgment and Memorandum Opinion entered by this Court in these consolidated cases on September 30, 2009, is hereby extended for a period of twelve years from the date of this Order.

SO ORDERED this _18th_ day of _August_, 2021.

_Royce C. Lamberth_
United States District Court

EAST\180500397.1